# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| JAROSLAW RZASINSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:16-cv-09294 |
| ) | Hon. Judge Michael T. Mason |
| ) | |
| DART CASTING, INC. ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the parties to the above titled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Bryant M. Greening
Aleksy Belcher
350 N. LaSalle St., Ste. 750
Chicago, IL 60654
(312) 670-9000

Attorneys for Plaintiff

Patrick R. Grady
Wolfe & Jacobson, Ltd.
25 E. Washington St., Ste. 700
Chicago, IL 60602
(312) 855-0500

Attorneys for Defendant

Dated: June 28, 2017

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| JAROSLAW RZASINSKI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:16-cv-09294 </br> ) Hon. Judge Michael T. Mason |
| DART CASTING, INC. | ) ) ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, JAROSLAW RZASINSKI, and the Defendant, DART CASTING, INC., hereby stipulate to the dismissal, with prejudice, of the captioned matter. Both parties shall each bear their own costs and attorneys' fees.

Bryant M. Greening
Aleksy Belcher
350 N. LaSalle St., Ste. 750
Chicago, IL 60654
(312) 670-9000

Attorneys for Plaintiff

Patrick R. Grady
Wolfe & Jacobson, Ltd.
25 E. Washington St., Ste. 700
Chicago, IL 60602
(312) 855-0500

Attorneys for Defendant

Dated: June 28, 2017