## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Jaroslaw Rzasinski

                              Plaintiff,

v.                                                        Case No.: 1:16–cv–09294
                                                        Honorable Michael T. Mason

Dart Casting, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 17, 2017:

      MINUTE entry before the Honorable Michael T. Mason: Parties have filed their Joint Stipulation of Dismissal [22]. Accordingly, all pending deadlines and hearings before this Court are hereby stricken. This case is dismissed with prejudice and without costs to either party. Civil case terminated. Mailed notice(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.